FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT

---

03327-049
(Inmate Number)

Walter Norton
(Name of Plaintiff)

USP Canaan
PO Box 300
(Address of Plaintiff)

Waymart, PA 18472

vs.

Cross Border Initiative Task

Force(CBI), MSP Essex County

Drug Task Force, Nashua Police
(Names of Defendants)

1:06-fp-477
(Case Number)

COMPLAINT

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 - STATE OFFICIALS

__X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
NONE

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
__X__ Yes ____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
____ Yes __X__ No

If your answer is no, explain why not  This is about officers conduct in connection with my arrest.

C. Is the grievance process completed? ____ Yes __X__ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Special Agent Michael O'Shaughnessy is employed as Special Agent at Cross Border Initiative task force

B. Additional defendants Robert Kew, Glen Coletti, Calice Couchman, Kevin Frye, James Flaherty, Frank Waterman, Marcos Chavez, Brian Proulx, Jason Steiner, Terry Hanson, William Canty, Stephen Gondella, Mark Blanchard, Mark Rivet, Sean Richards, William Moore.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. On January 23, 2004 I was arrested by a joint Federal and State drug task force. During my arrest, as I was lying on the ground, I was physically assaulted by several memebers of the joint task force. The assault included punches and kicks to my face as well as stomping my head into the concrete and several blows to my

2. body. The police used excessive force and brutality and I was never charged with resisting arrest. Therefore I was in compliance with the orders of the police and did not pose any threat or danger to the officers.

3.

2

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Monetary damages for the sum of 1.5 million U.S. dollars for the continued pain and suffering that the physical abuse has caused as well as the mental anguish and punitive damages. This abuse has caused me limited movement in my left hand due to the fact of the officers using excessive force when applying the zip-ties(plastic hand cuffs). I also suffered severe headaches because of the constant blows to the head and I also received a black eye from the brutality.

2.

3.

Signed this  17  day of  December , 2006

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

December 17, 2006
(Date)

(Signature of Plaintiff)

3