✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __NEW HAMPSHIRE__

WALTER NORTON

**SUMMONS IN A CIVIL CASE**

V.

CROSS BORDER INITIATIVE TASKE
FORCE, et al.

CASE NUMBER: 1:06-fp-477

TO: (Name and address of Defendant)   Cross Border Initiative Task Force
(Address unknown to plaintiff)

1. Michael O'Shaughnessy;      6. James Flaherty;   11. Terry Hanson
2. Robert Kew;                 7. Frank Waterman;
3. Glen Coletti;               8. Marcos Chavez;    (All addresses
4. Calice Couchman;            9. Brian Proulx;      unknown to the
5. Kevin Frye;                 10. Jason Steiner;    plaintiff)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walter Norton(Pro-Se)       (Plaintiff does not have an attorney
Reg. No. 03327-049           on file as of yet)
USP Canaan
PO Box 300
Waymart,pA 18472

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____          DATE _____

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   NEW HAMPSHIRE

WALTER NORTON

**SUMMONS IN A CIVIL CASE**

V.

CROSS BORDER INITIATIVE TASK
FORCE,et al.

CASE NUMBER:  1:06-fp-477

TO: (Name and address of Defendant)   Mass. States Police(MSP) Essex County
Drug Task Force(Address unknown to
plaintiff)

1. William Canty ;          4. Sean Richards
2. Stephen Gondella ;          (All address unknown to the
3. Mark Rivet ;            plaintiff)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walter Norton(Pro-Se)    (Plaintiff does not have an attorney
Reg. No. 03327-049      on file as of yet)
USP Canaan
PO Box 300
Waymart,PA 18472

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                         DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    NEW HAMPSHIRE

WALTER NORTON

**SUMMONS IN A CIVIL CASE**

V.

CROSS BORDER INITIATIVE TASK
FORCE,et al.

CASE NUMBER: 1:06-fp-477

TO: (Name and address of Defendant) Nashua Police Department (Address is unkn-
own to plaintiff

1. William Moore  (Address is unknown to plaintiff)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walter Norton(Pro-Se)       (Plaintiff does not have an attorney
Reg. No. 03327-049            on file as of yet)
USP Canaan
PO Box 300
Waymart,PA 18472

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK