# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Walter Norton
#03327-049
U.S. Penitentiary Canaan
PO Box 300
Waymart, PA 18472

## ORDER  - FILING FEE OMITTED

In re:  File No. 1:06-fp-477, Walter Norton v. Cross Border Initiative Task Force, et al

The above-captioned action was received by the court on December 21, 2006, but items necessary to docket the case were not included.  Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by March 1, 2007.

**Filing Fee**.  Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express).  The court does not accept personal checks.

- O R -

**In Forma Pauperis**.  If in forma pauperis status is sought:

- Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution
- Financial Declaration (USDCNH-15 or substantially similar filing)

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

By the Court,

December 29, 2006

/s/ Janice E. Boucher
Janice E. Boucher
Deputy Clerk